# United States District Court

DISTRICT OF

Karen Dunford

V.

Gibbs College;
The Katherine Gibbs School of Providence, Inc.; Career Education Corporation

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 06 256 -ML

TO: (Name and address of defendant)

Career Education Corporation
2895 Greenspoint Pkwy.
Hoffman Estates, IL 60195

Agent: Corporation Service Co.
222 Jefferson Blvd. ~~Centerville Rd~~
Suite 200 ~~Wilmington, Delaware~~
Warwick, RI 02888 ~~19808~~

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen T. Fanning
305 South Main Street
Providence, RI 02903
401-272-8250 Phone
401-272-4520 Fax

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/25/06

Barbara Barletta

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9-21-06 |
| NAME OF SERVER (PRINT) EDWIN J Semper JR | TITLE Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served AFS Corporation Service 222 Jefferson Blvd

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $45 | TOTAL 45 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-21-06
*Date*

[signature]
*Signature of Server*

56 Hunters Run N. King
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.