*Law Offices*
MORGAN, LEWIS & BOCKIUS LLP
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540
609-919-6654
Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **KAREN DUNFORD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GIBBS COLLEGE; THE KATHERINE GIBBS SCHOOL OF PROVIDENCE, INC.; CAREER EDUCATION CORPORATION,**<br><br>**Defendants.** | **Civil Action No. CA-06-0256-ML**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Karen Dunford and Defendants Gibbs College, The Katherine Gibbs School of Providence, Inc., and Career Education Corporation (collectively, "CEC"), through their undersigned counsel, that:

1. On May 25, 2006, Plaintiff filed a Complaint in the above-captioned civil action in the United States District Court for the District of Rhode Island.

2. On September 12, 2006, the Complaint was purportedly served upon representatives of Gibbs College and The Katherine Gibbs School of Providence, Inc.

3. On September 21, 2006, the Complaint was purportedly served upon a representative of Career Education Corporation.

4. Because counsel for Defendants was recently retained and requires additional time to obtain local counsel and respond to the Complaint, the parties hereby stipulate and agree that Defendants shall have an extension of time, up to and including November 2, 2006, to answer, move, or otherwise respond to the Complaint and serve same.

5. No prior extensions of time have been obtained in this matter.

Stephen T. Fanning #3900
305 South Main Street
Providence, RI 02903

Attorney for Plaintiff

/s/ Stephen T. Fanning
By: Stephen T. Fanning

Dated: 9/27/06

MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540

Attorneys for Defendants

By: John T. McDonald

Dated: 9/25/06

**APPROVED AND SO ORDERED:**____________________
The Honorable Mary M. Lisi
United States District Judge