UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KAREN DUNFORD

vs. CA NO. 06-256ML

GIBBS COLLEGE
CAREER EDUCATION INSTITUTE
AND THE KATHERINE GIBBS
SCHOOL OF PROVIDENCE

# ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
U.S. District Judge
September 29, 2006

Entered as an Order of this Court on September 29, 2006.

Barbara Barletta
Deputy Clerk