**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**KAREN DUNFORD**
**Plaintiff**

**vs.** **C.A. No. 06-0256-S**

**GIBBS COLLEGE; THE KATHERINE GIBBS SCHOOL OF PROVIDENCE, INC.; CAREER EDUCATION CORPORATION**
**Defendants**

## ENTRY OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for Defendants in the above-entitled action.

/s/ Mary Cavanagh Dunn
Mary Cavanagh Dunn #6712
mcd@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: November 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2006, I caused the foregoing Entry Of Appearance to be electronically served upon the following:

Stephen T. Fanning, Esq.
305 South Main Street
Providence, RI 02903

/s/ Mary Cavanagh Dunn