**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **KAREN DUNFORD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GIBBS COLLEGE; THE KATHERINE GIBBS SCHOOL OF PROVIDENCE, INC.; CAREER EDUCATION CORPORATION,**<br><br>**Defendants.** | **Civil Action No. CA-06-0256-ML**<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Defendants hereby move that Rene M. Johnson, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

By: /s/ Stephen J. Reid, Jr.

Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: November 28, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **KAREN DUNFORD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GIBBS COLLEGE; THE KATHERINE GIBBS SCHOOL OF PROVIDENCE, INC.; CAREER EDUCATION CORPORATION,**<br><br>**Defendants.** | **Civil Action No. CA-06-0256-ML**<br><br>**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION** |

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of New York and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s), Southern District of New York, Eastern District of New York, District of New Jersey, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Rene M. Johnson (State Bar ID #02753-2000)
Morgan Lewis & Bockius LLP
502 Carnegie Center
Princeton, New Jersey 08540
Tel: 609-919-6625
Fax: 609-919-6701

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Stephen J. Reid, Jr.

Stephen J. Reid, Jr. (Bar ID No.: 2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Tel: 831-8900
Fax: 751-7542

1-PR/1329448.1

Case 1:06-cv-00256-S-DLM Document 11 Filed 11/28/2006 Page 4 of 4

**ORDER**

The foregoing motion to permit appearance pro hac vice having been considered, it is hereby GRANTED/DENIED.

BY THE COURT

WEAM

District Judge

Dated: 12/15/06

**CERTIFICATION OF SERVICE**

I hereby certify that on the 28th day of November, 2006, I electronically filed Motion For Admission Pro Hac Vice and Attorney's Certification For Pro Hac Vice Admission using the CM/ECF System. The following participants have received notice electronically:

Stephen T. Fanning, Esq.
Stephenfanning@msn.com
305 South Main Street
Providence, RI 02903

/s/ Stephen J. Reid, Jr.