**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **KAREN DUNFORD**<br>**Plaintiff** | : | |
| **vs.** | : | **C.A. No. 06-0256-S** |
| **GIBBS COLLEGE; THE KATHERINE GIBBS SCHOOL OF PROVIDENCE, INC.; CAREER EDUCATION CORPORATION**<br>**Defendants** | : | |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff, Karen Dunford, and defendants, Gibbs College, The Katherine Gibbs School Of Providence, Inc., and Career Education Corporation, that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the above-entitled action be and hereby is dismissed in its entirety, with prejudice, each party to be responsible for her or its own respective costs, expenses, and attorneys' fees. It is further stipulated that this Court shall retain jurisdiction over any actions to enforce the terms of the settlement of this matter.

Karen Dunford

By her Attorneys,

/s/ Stephen J. Fanning
Stephen J. Fanning #3900
stephenfanning@msn.com
305 South Main Street
Providence, RI 02903
Telephone: (401) 272-8250
Facsimile: (401) 272-4250

Gibbs College; The Katherine Gibbs School Of Providence, Inc.; Career Education Corporation

By their Attorneys,

/s/ Stephen J. Reid, Jr.
/s/ Mary Cavanagh Dunn
Stephen J. Reid, Jr. #2811
sjr@blishcavlaw.com
Mary Cavanagh Dunn #6712
mcd@blishcavlaw.com
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Dated: December 30, 2006